AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CARLOS ANTONIO DEPAULA

CASE NUMBER: 2004M 0449RBC

I, __CARLOS ANTONIO DEPAULA__, charged in a ☒ complaint ☐ petition pending in this District __Charging transfer of false identification documents__ in violation of __18__, U.S.C., __1028(a)(2)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_Carlos Antonio de Paula_
Defendant

FEB - 3 2004
Date

_signature_
Counsel for Defendant